```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

KAMILES K. CREWS-BEY,           *
                                *
    Plaintiff,                  *
                                *
vs.                             *   CIVIL ACTION NO.11-00083-WS-B
                                *
DR. PAMELA N. BARBER, *et al.*, *
                                *
    Defendants.                 *

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 56(a).

**DONE** this 20th day of March, 2013.


                              s/WILLIAM H. STEELE
                              **CHIEF UNITED STATES DISTRICT JUDGE**