IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KAMILES K. CREWS-BEY,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.11-00083-WS-B |
| **DR. PAMELA N. BARBER,** *et al.*, | * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 56(a).

**DONE** this 20th of March, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**